# EXHIBIT B



**HARTFORD**
Nursing & Rehabilitation Center

January 23, 2015

Sheila Butler
3040 W. Outer Drive
Detroit, MI 48221

Dear Ms. Butler:

Congratulations! You have been offered the position of <u>Director</u> in the department of <u>Admissions</u>. This position is a Fulltime salaried-exempt position. Your primary schedule will be 8 am to 4:30 pm and your rate of pay will be $22.00 per hour.

This offer is contingent upon your successful completion of the pre-employment process to include reference checks, pre-employment physical, drug screen, TB test, and criminal history background check with fingerprints. The general terms of employment are provided in the employee handbook, which will be provided to you on your start date.

You must take your physical/drug screen at our designated location within 48 hours. You will also be scheduled for the fingerprint screening, if applicable. Unless notified otherwise, please report to new employee orientation on **2/9/2015 at 9:00 am**, this will be your date of hire with us.

The Hartford team is looking forward to working with you and is confident you will exert your best efforts with respect to your employment with us, and that it will be a rewarding experience for all concerned. If you have any questions prior to orientation, please feel free to contact Human Resources at 313 836-1700 ext: 2826.

Sincerely,  *Bouche HRD*
Hartford Administration

Offer of Employment Accepted:
New Employee: *Sheila Butler*                    Date: 1/23/2015

CC:   Employee File